FILED
JAMES J. VILT, JR. - CLERK
OCT 22 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**BRIAN HINDS**

INDICTMENT

NO. 3:25CR161 DJH

18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)
18 U.S.C. § 2253

The Grand Jury charges:

## COUNT 1
*(Distribution of child pornography)*

On or about August 18, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **BRIAN HINDS**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 2
*(Distribution of child pornography)*

On or about August 20, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **BRIAN HINDS**, knowingly distributed child pornography, as that term

is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 3
*(Distribution of child pornography)*

On or about August 25, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **BRIAN HINDS**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

The Grand Jury further charges:

## COUNT 4
*(Possession of child pornography)*

On or about October 9, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **BRIAN HINDS**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. § 2256(8)(A), that involved a minor, who had not attained 12 years of age, and that had been transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE

As a result of committing the offenses in violation of Counts 1-4 of this Indictment, the defendant, **BRIAN HINDS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions which were produced, transported, mailed, shipped or received in violation of the law, and all of the rights, title, and interests in any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to an iPhone and iPad.

A TRUE BILL.

Redacted

*[signature]*

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:ASM:10222025

UNITED STATES OF AMERICA v. BRIAN HINDS

## PENALTIES

Counts 1-3:         NL 5 yrs./NM 20 yrs./$250,000/both/NL 5yrs./NM Life Supervised Release
Counts 4:           NM 20 yrs./$250,000/both/ NL 5yrs./NM Life Supervised Release
                    (Mandatory restitution of not less than $3,000.00 - (18 U.S.C. § 2259(b)(2)(B) - effective 12/7/2018)

FORFEITURE

## николай NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |
|---|---|---|---|---|

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.